IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| C.D. ACQUISITION HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:05-CV-583 |
| | ) |
| DOUGLAS B. BAUMGARTNER, and, as | ) |
| transferees, MARGARET BAUMGARTNER, | ) |
| JAS LLC, TECUMSEH PROPERTIES, LP, | ) |
| and BAUMGARTNER ENTERPRISES, INC., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

For the reasons provided in the memorandum opinion entered this date, defendants' "Motion to Dismiss or in the Alternative Summary Judgment" [doc. 9] is **DENIED WITH LEAVE TO RENEW**. It is further **ORDERED** that this civil action is **STAYED** until the United States District Court for the Western District of Pennsylvania resolves the question of its personal jurisdiction over the instant defendants. Lastly, the parties **SHALL FILE** with this court a **WRITTEN STATUS REPORT** regarding the Pennsylvania district court litigation, specifically pertaining to the issue of that court's personal jurisdiction, no later than October 6, 2006.

**IT IS SO ORDERED**:

                                            ENTER:

                                            s/ Leon Jordan
                                       United States District Judge

2

Case 3:05-cv-00583  Document 13  Filed 05/24/06  Page 2 of 2  PageID #: 19